# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Katharine S. Hayden, U.S.D.J. |
| v. | Criminal No. 10-00634-001 |
| GEORGE GONZALEZ, | ORDER FOR ADJOURNMENT OF SURRENDER DATE |
| Defendant. | |

This matter having come before the Court on the application of Defendant, Mr. George Gonzalez, (Ms. Remi L. Spencer, Esq., appearing), for an order granting an adjournment of the scheduled surrender date in the above-captioned matter from July 25, 2011 to September 5, 2011, and the United States Attorney for the District of New Jersey (Mr. Robet Frazer, A.U.S.A., appearing) having consented to the adjournment, and for good cause shown,

IT IS THE FINDING OF THIS COURT that Defendant George Gonzalez's surrender date shall be adjourned six (6) weeks, and, therefore, Defendant George Gonzalez is hereby ordered to surrender to the institution assigned by the U.S. Probation Officer at or before NOON on Monday, September 5, 2011.

_____
HONORABLE KATHARINE S. HAYDEN, D.N.J.

Date: 7/21/11